# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LONNIE BRAY EL, | ) | CASE NO: 1:16CV2160 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| THE CITY OF EUCLID, | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion & Order of this Court also filed this date, the Defendant City of Euclid's Motion to Dismiss (Doc. No. 16) is GRANTED as follows. Plaintiff's federal claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and, therefore, those claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Date: June 26, 2017

s/ *Jonathan D. Greenberg*
Jonathan D. Greenberg
U.S. Magistrate Judge